400 A.2d 610

Commonwealth v. Kubiak, Appellant.

Argued December 6, 1978. Paul M. Silver, for appellant; Bert M. Goodman, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.
Order affirmed.